## BLINKS ET AL. *v.* DEFREES.

[No. 19,574. Filed November 22, 1901.]

From Laporte Superior Court; *H. B. Tuthill,* Judge.

Action by Calvert H. Defrees against William Blinks and others to enforce a lien for street improvements. From a judgment for plaintiff, defendants appeal. *Affirmed.*

*J. F. Gallaher* and *C. W. Smith,* for appellants.

*M. T. Kreuger, C. R. Collins* and *J. B. Collins,* for appellee.

VOL. 157—45

Hay *v.* Smith.

JORDAN, J.—Appellees successfully prosecuted this action in the lower court to foreclose a lien arising out of an assessment for the improvement of a public street in Michigan City.

The identical questions are involved as were presented and decided by this court in *Leeds* v. *Defrees, ante,* 392, and on the authority of that case these questions must be decided adversely to the contentions of appellants. The judgment is, therefore, in all things affirmed.